✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:01cr29 |
| Willie Calvin Davis ) | USM No: 11552-017 |
| Date of Previous Judgment: July 13, 2002 ) | Clyde M. Taylor, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __292__ months **is reduced to** __262__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated __July 13, 2002__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 30, 2008

*s/ Stephan P. Mickle*
Judge's signature

Effective Date: _____
(if different from order date)

Stephan P. Mickle
Printed name and title